884 A.2d 840

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William Emanuel PAPAS, Respondent.**

**No. 1028 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 12, 2005.

## ORDER

PER CURIAM.

AND NOW, this 12th day of September, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board and Dissenting Opinion dated April 11, 2005, it is hereby

ORDERED that WILLIAM EMANUEL PAPAS be and he is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.